# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re *Dorothy L. Maull*  
    *aka   Dorothy L. Hobson*  
    *aka   Dorothy Lee Maull*

Chapter 13  
Case No.

_____ / Debtors

Attorney for Debtor: *VONDA MCLEOD*

## CHAPTER 13 PLAN OR SUMMARY

1. **PAYMENTS TO TRUSTEE:** The debtor(s) shall pay $ _____164.00_____ to the Chapter 13 trustee *bimonthly* beginning _____

2. **DISTRIBUTIONS BY TRUSTEE FROM THE PAYMENTS RECEIVED SHALL BE MADE AS FOLLOWS:**

   First:    **ADMINISTRATIVE CLAIMS** under 11 USC §503(b): The debtor's attorney's fee is $ _____1,600.00_____

       a.  **Attorney's Fee to be paid through the plan:**  
           $ _____133.33_____ per month, *month 1 - month 12*

   Second:  **SECURED CLAIMS:**

       a.  **Secured claims being paid through the trustee:**

| Creditor | Amount of Debt | Value of Collateral | Interest Under Plan | Average Monthly Payment |
|---|---|---|---|---|
| *BENEFICIAL/ HFC* | $ 8,818.00 | $ 5,625.00 | 6.75 % | $ 166.78 |

       b.  **Prepetition defaults being cured through the trustee:**

| Creditor | Amount of Arrearage | Annual Interest | Date Post-Petition Payment Will Resume | Average Monthly Payment |
|---|---|---|---|---|
| *VANDERBILT MORTGAGE* | $ 975.00 | 0.00 % | | $ 25.66 |

       c.  **Secured claims to be paid directly by the debtor or other party to the creditor:**

| Creditor | Amount of Debt | Value of Collateral | Contractual Payment |
|---|---|---|---|
| *VANDERBILT MORTGAGE* | $ 32,000.00 | $ 40,900.00 | $ 325.07 |

CHAPTER 13 PLAN OR SUMMARY - Continued

    **d. Secured claims to be satisfied by the surrender and return of collateral:**
    *None*

Third: <u>PRIORITY CLAIMS</u> (11 USC §507(a)(2) to (8)):

| Creditor | Amount of Debt | Average Monthly Payment |
|---|---|---|
| *INTERNAL REVENUE SERVICE* | $ *2,121.00* | $ *63.72* |
| *STATE OF ALABAMA* | $ *131.00* | $ *3.94* |

Fourth: <u>SPECIALLY CLASSIFIED UNSECURED CLAIMS:</u>
*None*

Fifth: <u>UNSECURED CLAIMS,</u> including the unsecured portion of secured claims, a pro rata amount equal to  *22.00*  % of the claim. If unsecured creditors are to receive less than 100% of their claims, the debtor(s) will pay all projected disposable income to the trustee for at least 36 months.

3. DURATION OF PLAN
The expected duration of this plan is  *58*  months.

4. PROVISIONS FOR UNSCHEDULED, POSTPETITION, OR LATE FILED CLAIMS ARE AS FOLLOWS:

5. PROVISIONS FOR PROPERTY OF THE ESTATE (See 11 U.S.C. §1303, §1306 and §1327):

6. PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES (See 11 U.S.C. §1322(b)(7) and §365):

7. OTHER PROVISIONS:
*THIS IS A POT PLAN OF NO LESS THAN $6,000.00 TO UNSECURED CREDITORS.*

/s/ *Dorothy L. Maull*
DEBTOR: *Dorothy L. Maull*          JOINT DEBTOR:

DATED: