# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 05-30886 |
| Dorothy Maull | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED AND SERVED UPON THE MOVING PARTY WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY U.S. MAIL ADDRESSED TO THE CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, ALABAMA 36104.**

## MOTION TO MODIFY A CONFIRMED CH. 13 PLAN

1. Comes now the Debtor(s),Mary J. McCall, and hereby moves this Honorable Court to modify the confirmed Chapter 13 plan and/or schedules as follows:

2. **Amended Schedules**:

3. **Amended Plan**: To make provisions for claim of Sterling Inc., collateral will be surrendered.

4. **Amended Cram-Down Provisions**:

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day November 3, 2009.

Chapter 7 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs
Trauner, Cohen & Thomas LLC
2880 Dresden Dr.
Atlanta, GA 30341