IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                              CHAPTER 13 CASE
                                                                                        NO. 05-30386-DHW

DOROTHY L. MAULL,
XXX-XX-2623

      Debtor(s).

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) modified plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on February 11, 2005.

2. Debtor(s) original confirmed plan provided for a POT of $11,625.00 to unsecured creditors with plan payments of $164.00 semi-monthly.

3. Debtor filed an amended modified plan on December 21, 2009, and again on January 26, 2010, which reflected the same plan payment but reduced the POT to $6,791.44.

4. The debtor(s) continued §341 Meeting of Creditors was held February 11, 2010.

2. Debtor was supposed to amend Schedule C to claim additional exemptions so that the modified plan would meet the best interest of creditors test but has not done so.

WHEREFORE, the above premises considered, Trustee objects to confirmation of debtor's modified plan in that it fails to meet the best interest of creditors test.

Respectfully submitted this 16th day of March 2010.

                  Curtis C. Reding
                  Standing Chapter 13 Trustee

        By:    /s/   Sabrina L. McKinney
                  Sabrina L. McKinney
                  Staff Attorney
                  ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail postage prepaid and properly addressed, this 16th day of March 2010.

                  /s/   Sabrina L. McKinney
                  Sabrina L. McKinney

Dorothy L. Maull
5649 Co Rd 17
Hayneville, AL 36040

Vonda S. McLeod (electronic filing)